EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI  #1528
First Assistant U. S. Attorney

FLORENCE T. NAKAKUNI  #2286
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  florence.nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2004

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  04-00287 DAE |
| Plaintiff, | ) ) ) | SUPERSEDING INDICTMENT [21 U.S.C. § 841(a)(1)] |
| v. | ) ) | |
| ROYCE K. KAAUWAI, | ) ) | |
| Defendant. | ) ) | |

S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

On or about July 24, 2004, in the District of Hawaii, defendant ROYCE K. KAAUWAI, did knowingly and intentionally

possess with intent to distribute 50 grams or more, to wit, approximately 78.5 grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

Dated:  NOV 17 2004  , at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney



United States v. Royce K. Kaauwai
Superseding Indictment
Cr. No. 04-00287 DAE